IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:13-cr-34-DPM

JONATHAN DAVID HERRING     DEFENDANT

ORDER

The Court directs the Clerk to correct the spelling of Herring's first name. "Jonathan" is spelled with an "a" between the "h" and the "n." All filed papers that include Herring's name are deemed corrected.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 May 2014